THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MERCALDE,<br><br>    Plaintiff,<br><br>  v.<br><br>COINSTAR INTERNATIONAL, INC., a Delaware corporation; COINSTAR, INC., a Delaware corporation; PDS TECHNICAL SERVICES, INC., a.k.a., AVIANT/PDS, a Washington corporation; VOLT TECHNICAL RESOURCES, LLC, a Delaware corporation; VOLT INFORMATION SERVICES, INC., a New York corporation, FSI CORPORATION; BRYAN AYRE, a resident of Washington; DENNIS DAVIS, a resident of Washington; JOHN DOE MANAGERS; and 2 JOHN ROE CORPORATIONS AND PARTNERSHIPS,<br><br>    Defendants. | NO. CV05-2023-JCC<br><br>STIPULATION AND PROTECTIVE ORDER |

**STIPULATION**

The parties hereby stipulate to the terms of the following Protective Order and agree that it may be entered by the Court without further notice of presentation to any party.

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 1

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

| | |
|---|---|
| /s Mary Ruth Mann, WSBA #9343 | /s Thomas E. Platt, WSBA # 5908 |
| Mary Ruth Mann, WSBA #9343 | Thomas E. Platt, WSBA # 5908 |
| Attorney for Plaintiff Michael Mercalde | Attorneys for Defendants CONSTAR |
| Law Office of Mann & Kytle, LLC | Perkins Coie, LLP |
| 615 Second Avenue, Suite 760 | 1201 Third Avenue, Suite 4800 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Telephone: (206) 587-2700 | Telephone: (206) 359-8000 |
| Facsimile: (206) 587-0262 | Facsimile: (206) 359-9000 |
| Email: mrmann@mrmannlaw.com | Email: Tplatt@perkinscoie.com |
| | |
| /s Holly M. Hearn, WSBA #26795 | /s Frederick Mendoza, WSBA #6021 |
| Holly M. Hearn, WSBA #26795 | Frederick Mendoza, WSBA #6021 |
| Ann Pannoni, WSBA #31824 | Attorneys for PSI |
| Attorneys for Defendant VOLT | Curran Mendoza, P.S. |
| Davis Wright Tremaine, LLP | 555 West Smith Street |
| 1501 Fourth Avenue, Suite 2600 | Kent, WA 98035 |
| Seattle, WA 98101 | Telephone: (253) 852-2345 |
| Telephone: (206) 622-3150 | Facsimile: (253) 852-2030 |
| Facsimile: (206) 628-7699 | Email: ffm@curranmendoza.com |
| hollyhearn@dwt.com | |

/s Anne Preston, WSBA #19033
Anne Preston, WSBA #19033
Attorneys for Defendant PDS
Garvey Schubert Barer
1191 Second Avenue, Eighteenth Floor
Seattle, WA 98101
Telephone: (206) 464-3939
Facsimile: (206) 464-0125
Email: Apreston@gsblaw.com

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 2

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

# PROTECTIVE ORDER

Pursuant to FRCP 26(c) and the foregoing stipulation of the parties, the Court hereby enters the following Protective Order.

1. <u>Confidential matter</u>

    a. As used herein, "Confidential Matter" shall mean any document, information, or thing furnished in the course of this litigation during discovery or otherwise, or specific portions thereof, that is designated by a party as "Confidential" pursuant to Section 2(b) below if:

        i. it contains proprietary or commercially sensitive information that is held confidential by any party, including but not limited to, financial, technical, business, or organizational information;

        ii. it is part of an individual's personnel file, equal employment opportunity complaint or investigation files, medical records, or it includes an individual's identifying information, such as name, address, or telephone number, that a party treats as confidential; or

        iii. it describes, contains, or discloses internal corporate information that is held confidential within any of the Defendant companies and/or corporations or any of its parent or related companies.

    The determination of whether produced materials fall into one of the above categories shall be made in the first instance in good faith by the party from whom discovery is sought. If there is disagreement between the parties as to whether particular produced materials have been properly designated as confidential, the dispute may be resolved by the Court only as provided for in this Order. Plaintiff's medical records are deemed confidential without need for further designation.

    b. The parties recognize that experience may disclose that further categories of documents, information, or things should also be treated as confidential. Entry of this Order does not foreclose agreements by the parties to keep such documents, information, or things confidential or application to the Court for protection of other documents, information, or things.

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 3
[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

c.   All documents, information, or things deemed Confidential Matter by a party shall be marked or stamped as "Confidential."  Plaintiff's medical and psychological records are deemed Confidential without further designation or marking.

d.   Any document, information, or thing not designated as "Confidential" shall not be covered by this Order, provided, however, that inadvertent production of any document, information, or thing not designated "Confidential" shall not by itself be deemed a waiver of confidentiality as to such matter, and a party thereafter may designate the same as "Confidential" promptly upon being advised or discovering the inadvertent disclosure.  Disclosure by any party of such matter prior to notice of the confidential nature thereof shall not be deemed in violation of this Order.

e.   Except as expressly provided for in this Order, Confidential Matter, and any information contained therein, shall not be communicated or disclosed in any manner, either directly or indirectly, to any person or entity, and shall be used only for the prosecution and/or defense of this litigation and for no other purpose. Notwithstanding the preceding, nothing in this Order shall in any way limit or preclude a party's use or disclosure of its own Confidential Matter as the party sees fit.

2.   Disclosure of Confidential Matter

Except as provided above, or pursuant to any subsequent court order, Confidential Matter shall not be disclosed to anyone except:

a.   The attorney of record, other legal counsel of a party, such attorneys' employees and any copy or scanning service engaged by such attorneys.

b.   Court personnel, mediators, and court reporters used in litigation.  Nothing in this Order shall limit or prevent the use of any Confidential Matter in open court at

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 4

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

hearings in, or during trial of, this action, provided, however, that such use shall not relieve the parties of their obligations under this Order including, without limitation, the obligation to file Confidential Matter under seal.

c. Experts and consultants retained or called by a party to assist in preparation, settlement, trial, or appeal of this action.

d. Persons whose depositions are noted or potential trial witnesses, as well as their counsel, only to the extent counsel for the disclosing party determines in good faith that it is reasonably necessary to do so.  Prior to the disclosure of any Confidential Matter under this subparagraph, the person to whom the disclosure is made shall agree in writing, or on the record in the case of a deposition, to be bound by the terms of this Order by signing an agreement to be found in the form of Attachment A hereto.

e. The parties to this action, including its/their officers, directors, and employees. Such parties may not use Confidential Matter (unless they are the designating party) for any purpose other than the prosecution, defense or settlement of this litigation, and except as otherwise provided herein, may not discuss the contents with any person other than the parties herein or counsel in this litigation.

f. Confidential Matter may also be disclosed to any other person upon written consent by the designating party.

3. <u>Use in Briefs, Exhibits, Testimony, and Other Documents</u>

Confidential Matter used as exhibits to or incorporated in any other manner in briefs, memoranda, transcripts of testimony, or other documents filed with the Court shall be protected as follows:

a. to the extent that any brief, memoranda, transcript of testimony or other document submitted to the Court incorporates or refers to the substance of any information contained in any Confidential Matter, such brief, memorandum, transcripts of

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 5
[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

testimony or other document or portion thereof shall be filed under seal and appropriately marked in accordance with local rules.

b. Confidential Matter that is fled or part of the record shall be filed with the Court under seal and appropriately marked in accordance with local rules.

4. Use in Depositions

A party may designate sections or questions of a deposition confidential during a deposition.

5. Disposition of Confidential Matter

No later than sixty (60) days following the final conclusion of the proceeding, including, without limitation, any appeal or retrial, all counsel and every person to whom Confidential Matter has been disclosed shall return all Confidential Matter, and all materials which contain or reflect Confidential Matter, including any copies, extracts or summaries thereof, and any portions of depositions designated as confidential pursuant to this Order.  As to those materials which contain or reflect Confidential Matter, but which constitute counsels' work product, counsel shall destroy such work product and all copies thereof.

6. Confidentiality Challenge

Any party who objects to the designation of any documents or information as Confidential Matter must meet and confer with the party who so designated the documents or information in a good faith effort to resolve any differences.  In the event the parties are unable to resolve their differences regarding designation after a reasonable opportunity to meet and confer, the party objecting to the designation may then move the court for a determination that the document or information is not appropriately designated pursuant to the terms of this Order.

7. Subsequent Production

If any person or entity serves on a party a subpoena duces tecum or other request for production of Confidential Matter covered by this Order, that party shall immediately notify the designating party of the request, and shall notify the person or entity serving such request that

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 6

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

such materials are protected under this Order.  Unless within ten (10) business days of receipt of such notification, the designating party applies for an order from the court of competent jurisdiction precluding the party upon who the subpoena or request is served from complying with the request, such party shall be free to produce the Confidential Matter if the subpoena or request otherwise complies with lawful requirements.  If an order precluding compliance with the request is timely sought, the party upon whom the subpoena or request is served shall not produce the Confidential Matter until after the court rules on such application.

8. <u>Termination</u>

After the termination of this action, this Order shall continue to be binding upon the parties hereto, and all persons to whom Confidential Matter has been disclosed or communicated.

9. <u>Modification</u>

This Order may be modified in the event that the parties agree in writing to a modification of the provisions thereof, or such modification is ordered by this court.  Nothing in this Order shall prevent any party to this action from seeking modification of this Order for good cause shown, or to compel production of any document not otherwise subject to discovery.

10. <u>Remedies</u>

The parties expressly acknowledge and agree that all remedies under Civil Rule 37 will be available to the Court, in its discretion, to sanction any violation of this Order.

11. <u>Scope of Protective Order</u>

Nothing in this Order restricts a party from using or disclosing its own Confidential Matter for any purpose.  The parties may apply for other protective orders not covered by this Order.

12. <u>Retention of Jurisdiction</u>

The parties and any other person subject to the terms of this Protective Order agree that this Court has and retains jurisdiction during and after this action is terminated for the purpose of

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 7
[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

enforcing this Order.

13.     Compliance with Order

The parties agree that strict compliance with this Order is essential to achieving the Order's purpose of facilitating legitimate discovery while protecting and preserving the privacy and confidentiality of properly designated documents and information.

IT IS SO ORDERED this 2nd day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

| /s Mary Ruth Mann, WSBA #9343 | /s Thomas E. Platt, WSBA # 5908 |
|---|---|
| Mary Ruth Mann, WSBA #9343 | Thomas E. Platt, WSBA # 5908 |
| Attorney for Plaintiff Michael Mercalde | Attorneys for Defendants COINSTAR |
| Law Office of Mann & Kytle, LLC | Perkins Coie, LLP |
| 615 Second Avenue, Suite 760 | 1201 Third Avenue, Suite 4800 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Telephone: (206) 587-2700 | Telephone: (206) 359-8000 |
| Facsimile: (206) 587-0262 | Facsimile: (206) 359-9000 |
| Email:  mrmann@mrmannlaw.com | Email: Tplatt@perkinscoie.com |

| /s Holly M. Hearn, WSBA #26795 | /s Frederick Mendoza, WSBA #6021 |
|---|---|
| Holly M. Hearn, WSBA #26795 | Frederick Mendoza, WSBA #6021 |
| Ann Panonni, WSBA #31824 | Attorneys for Defendant FSI |
| Attorneys for Defendants VOLT | Curran Mendoza, P.S. |
| Davis Wright Tremaine, LLP | 555 West Smith Street |
| 1501 Fourth Avenue, Suite 2600 | Kent, WA 98035 |
| Seattle, WA 98101 | Telephone: (253) 852-2345 |
| Telephone: (206) 622-3150 | Facsimile: (253) 852-2030 |
| Facsimile: (206) 628-7699 | Email: ffm@curranmendoza.com |
| hollyhearn@dwt.com | |

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 8

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

```
 1
 2
 3
 4
 5   /s Anne Preston, WSBA #19033
 6   Anne Preston, WSBA #19033
 7   Attorneys for Defendant PDS
 8   Garvey Schubert Barer
 9   1191 Second Avenue, Eighteenth Floor
10   Seattle, WA 98101
11   Telephone: (206) 464-3939
12   Facsimile: (206) 464-0125
13   Email: Apreston@gsblaw.com
14
...
51
```

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 9

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

**EXHIBIT A**

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MERCALDE,<br><br>          Plaintiff,<br><br>     v.<br><br>COINSTAR INTERNATIONAL, INC., a Delaware corporation; COINSTAR, INC., a Delaware corporation; PDS TECHNICAL SERVICES, INC., a.k.a., AVIANT/PDS, a Washington corporation; VOLT TECHNICAL RESOURCES, LLC, a Delaware corporation; VOLT INFORMATION SERVICES, INC., a New York corporation, FSI CORPORATION; BRYAN AYRE, a resident of Washington; DENNIS DAVIS, a resident of Washington; JOHN DOE MANAGERS; and 2 JOHN ROE CORPORATIONS AND PARTNERSHIPS,<br><br>          Defendants. | NO. CV05-2023-JCC<br><br>UNDERTAKING |

I, _____, state that:

1.   My address is _____.

2.   My present employer is _____.

3.   My present occupation of job description is _____.

4.   I have received a copy of the Protective Order in this case and have carefully read and understand its provisions.  I will comply with all of its provisions, including holding in confidence and not disclosing to anyone not qualified under the

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 10

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

Protective Order, any documents or other information designated "Confidential" or any words, summaries, abstracts, or indices of designated information, and copies thereof, which come into my possession, and documents or things which I may prepare relating thereto.

5. I hereby consent to be subject to personal jurisdiction of this Court in respect to any proceeding relating to the enforcement of the Protective Order.

DATED this _____ day of _____, 2006.

_____
Signature

_____
Typed/Printed Name

STIPULATION AND PROTECTIVE ORDER
(NO. CV05-2023-JCC) - 11

[21382-0029-000000/C05-2023 Coinstar ProtOrder.doc]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000